IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, | ) |
| | ) |
| Petitioner-Appellant, | ) |
| | ) Case No. CV621-040 |
| | ) |
| WARDEN SHAWN EMMONS, | ) |
| | ) |
| Respondent, | ) |
| | ) |
| SMITH SP WARDEN, | ) |
| | ) |
| Respondent-Appellee. | ) |

## ORDER

The United States Court of Appeals for the Eleventh Circuit having dismissed the caption matter,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this \_\_20th\_\_ day of \_\_January\_\_, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA